BRIAN R. STRANGE (SBN 103252)
*lacounsel@earthlink.net*
GRETCHEN CARPENTER (SBN 180525)
*gcarpenter@strangeandcarpenter.com*
JOHN P. KRISTENSEN (SBN 224132)
*jkristensen@strangeandcarpenter.com*
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Telephone: 310-207-5055; Fax: 310-826-3210

STEPHEN G. SVAJIAN (SBN 266581)
*ssvajian@gmail.com*
SGS LAW GROUP
512 6th Street
Manhattan Beach, CA 90266
Telephone: 310-433-2920

Attorneys for Plaintiff DONE! Ventures, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DISTRICT**

| | |
|---|---|
| DONE! VENTURES, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, a New York Corporation; NBC UNIVERSAL, INC., a Delaware corporation; IVILLAGE, INC., a Delaware Corporation, SEDO.COM, LLC, a Massachusetts Domestic LLC, and DOES 2 through 10, inclusive,<br><br>Defendants. | Case No. 2:10-cv-04420-SJO-JC<br><br>**NOTICE OF TENTATIVE SETTLEMENT**<br><br>Assigned to the Honorable S. James Otero |

**TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT plaintiff DONE! Ventures, LLC (hereinafter "DONE!" or "Plaintiff"), defendants NBC Universal, Inc., General Electric Company, and iVillage, Inc. (collectively "NBCU") and defendant Sedo.com, LLC ("Sedo") have reached a tentative settlement in the above-entitled matter.

DATED: August 8, 2011

Respectfully submitted,

By: /s/

Brian R. Strange (SBN 103252)
*lacounsel@earthlink.net*
Gretchen Carpenter (SBN 108525)
*gcarpenter@strangeandcarpenter.com*
John P. Kristensen (SBN 224132)
*jkristensen@strangeandcarpenter.com*
**STRANGE & CARPENTER**
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
Telephone: (310) 207-5055
Fax: (310) 826-3210

STEPHEN G. SVAJIAN (SBN 266581)
*steve@sgslawgroup.com*
SGS LAW GROUP
1401 Highland Ave., Suite E
Manhattan Beach, CA 90266
Telephone: 310-433-2920