(JCx), CLOSED, DISCOVERY, MANADR, PROTORD, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:10–cv–04420–SJO –JC

| | |
|---|---|
| Done! Ventures LLC v. General Electric Company et al | Date Filed: 06/15/2010 |
| Assigned to: Judge S. James Otero | Date Terminated: 08/05/2011 |
| Referred to: Magistrate Judge Jacqueline Chooljian | Jury Demand: Plaintiff |
| Case in other court: Superior Court of CA Los Angeles County, BC439011 | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

Cause: 28:1441 Notice of Removal – Breach of Contract

**Plaintiff**

**Done! Ventures LLC**  
*a Delaware Limited Liability Company*

represented by **Brian R Strange**  
Strange and Carpenter  
12100 Wilshire Boulevard Suite 1900  
Los Angeles, CA 90025  
310–207–5055  
Fax: 310–826–3210  
Email: lacounsel@earthlink.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Ashley Allison Davenport**  
The Garcia Law Firm  
One World Trade Center Suite 1950  
Long Beach, CA 90831  
562–216–5270  
Fax: 562–216–5271  
Email: adavenport@lawgarcia.com  
*TERMINATED: 12/17/2010*

**Gretchen Carpenter**  
Strange &Carpenter  
12100 Wilshire Boulevard Suite 1900  
Los Angeles, CA 90025  
310–207–5055  
Fax: 310–826–3210  
Email: gcarpenter@strangeandcarpenter.com  
*ATTORNEY TO BE NOTICED*

**John P Kristensen**  
Strange &Carpenter  
12100 Wilshire Boulevard, Suite 1900  
Los Angeles, CA 90025  
310–207–5055  
Fax: 310–826–3210  
Email: jkristensen@strangeandcarpenter.com  
*ATTORNEY TO BE NOTICED*

**Patricio T Barrera**

Barrera and Associates
1500 Rosecrans Avenue Suite 500
Manhattan Beach, CA 90266
310–802–1500
Fax: 310–802–0500
Email: barrera@baattorneys.com
*TERMINATED: 03/21/2011*
*ATTORNEY TO BE NOTICED*

**Stephen G Svajian**
SGS Law Group
512 6th Street
Manhattan Beach, CA 90266
310–433–2920
Fax: 310–802–0500
Email: ssvajian@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**General Electric Company**         represented by  **Amber D Henry**
*a New York Corporation*              Lathrop and Gage LLP
1888 Century Park East Suite 1000
Los Angeles, CA 90067
310–789–4600
Fax: 310–789–4601
Email: ahenry@lathropgage.com
*ATTORNEY TO BE NOTICED*

**David Aronoff**
Lathrop &Gage LLP
1888 Century Park East Suite 1000
Los Angeles, CA 90067
310-789–4600
Fax: 310–789–4601
Email: daronoff@lathropgage.com
*ATTORNEY TO BE NOTICED*

**Michael H Dore**
Gibson Dunn &Crutcher LLP
333 South Grand Avenue 51st Floor
Los Angeles, CA 90071–3197
213–229–7085
*TERMINATED: 11/23/2010*

**Scott A Edelman**
Gibson Dunn and Crutcher LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067–3026
310–552–8500
Fax: 310–551–8741
Email: SEdelman@gibsondunn.com

*TERMINATED: 02/24/2011*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NBC Universal Inc** represented by **Amber D Henry**
*a Delaware Corporation* (See above for address)
*ATTORNEY TO BE NOTICED*

**David Aronoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael H Dore**
(See above for address)
*TERMINATED: 11/23/2010*

**Scott A Edelman**
(See above for address)
*TERMINATED: 02/24/2011*
*ATTORNEY TO BE NOTICED*

**Defendant**

**IVillage Inc** represented by **Amber D Henry**
*a Delaware Corporation* (See above for address)
*ATTORNEY TO BE NOTICED*

**David Aronoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael H Dore**
(See above for address)
*TERMINATED: 11/23/2010*

**Defendant**

**Does**
*2 through 10, inclusive*

**Defendant**

**Sedo.com. LLC** represented by **Michael P Eddy**
*a Massachusetts Domstic LLC* Michael P Eddy Law Offices
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
858−345−1098
Email: meddy@patent.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Aronoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/2010 | Ï 1 | NOTICE OF REMOVAL from the Superior Court of CA, Los Angeles County, case number BC439011 with CONFORMED copies of summons and complaint. Case assigned to Judge S. James Otero, discovery to Magistrate Judge Jacqueline Chooljian; (Filing fee $ 350 PAID ); filed by defendants General Electric Company, NBC Universal Inc.(esa) (Additional attachment(s) added on 6/17/2010: #1 Ntc of Rmvl part 2, #2 Ntc of Rmvl part 3) (mg). (Entered: 06/16/2010) |
| 06/15/2010 | Ï 2 | NOTICE OF INTERESTED PARTIES filed by defendants General Electric Company, NBC Universal Inc. (esa) (mg). (Entered: 06/16/2010) |
| 06/15/2010 | Ï 3 | CORPORATE DISCLOSURE STATEMENT filed by defendants General Electric Company, NBC Universal Inc identifying Other Affiliate General Electric Company, Other Affiliate Vivendi Universal SA for NBC Universal Inc. (esa) (mg). (Entered: 06/16/2010) |
| 06/15/2010 | Ï 4 | CERTIFICATE OF SERVICE filed by defendants General Electric Company, NBC Universal Inc, served on 6/15/10. (esa) (mg). (Entered: 06/16/2010) |
| 06/15/2010 | Ï 5 | NOTICE TO PARTIES OF ADR PROGRAM filed.(esa) (Entered: 06/16/2010) |
| 06/24/2010 | Ï 6 | INITIAL STANDING ORDER FOR CASES ASSIGNED TO JUDGE S. JAMES OTERO by Judge S. James Otero, (lc) (Entered: 06/24/2010) |
| 06/25/2010 | Ï 7 | FIRST STIPULATION Extending Time to Answer the complaint as to General Electric Company answer now due 7/28/2010; NBC Universal Inc answer now due 7/28/2010, filed by Defendants General Electric Company; NBC Universal Inc.(Dore, Michael) (Entered: 06/25/2010) |
| 07/02/2010 | Ï 8 | EX PARTE APPLICATION for Temporary Restraining Order *and Order to Show Cause Re: Preliminary Injunction* filed by Plaintiff Done! Ventures LLC. (Attachments: #1 Memorandum of Points and Authorities ISO Ex Parte Application, #2 Appendix of Declarations and Exhibits (Part 1), #3 Appendix of Declarations and Exhibits (Part 2), #4 Proposed Order re: Ex Parte Application)(Barrera, Patricio) (Entered: 07/02/2010) |
| 07/06/2010 | Ï 9 | MEMORANDUM in Opposition to EX PARTE APPLICATION for Temporary Restraining Order *and Order to Show Cause Re: Preliminary Injunction* 8 filed by Defendants General Electric Company, IVillage Inc, NBC Universal Inc. (Attachments: #1 Declaration Declaration of Tania M. Krebs in Support of Defendants' Opposition to Plaintiff's Ex Parte Application for a Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction)(Dore, Michael) (Entered: 07/06/2010) |
| 07/07/2010 | Ï 10 | NOTICE of Change of Attorney Information for attorney Ashley Allison Davenport counsel for Plaintiff Done! Ventures LLC. Filed by Plaintiff Done! Ventures, LLC (Davenport, Ashley) (Entered: 07/07/2010) |
| 07/07/2010 | Ï 11 | REPLY in support of EX PARTE APPLICATION for Temporary Restraining Order *and Order to Show Cause Re: Preliminary Injunction* 8 filed by Plaintiff Done! Ventures LLC. (Attachments: #1 Declaration Declaration of Patricio T.D. Barrera ISO Plaintiff's Reply to Defendants' Opposition to Ex Parte Application)(Barrera, Patricio) (Entered: 07/07/2010) |
| 07/07/2010 | Ï 12 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Done! Ventures LLC, (Barrera, Patricio) (Entered: 07/07/2010) |
| 07/07/2010 | Ï 13 | Joint STIPULATION for Extension of Time to File Answer to August 20, 2010 filed by Defendant General Electric Company, IVillage Inc, NBC Universal Inc. (Attachments: #1 Proposed Order Granting Joint Stipulation to Extend Time to Respond to Initial Complaint for Defendants General Electric Company and NBC Universal, Inc.)(Dore, Michael) (Entered: |

| | | |
|---|---|---|
| | | 07/07/2010) |
| 07/07/2010 | 14 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Notice of Change of Attorney Information (G–06) 10 . The following error(s) was found: Other error(s) with document(s) are specified below. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (ak) (Entered: 07/09/2010) |
| 07/12/2010 | 15 | ORDER by Judge S. James Otero, GRANTING defendant's General Electric Company and NBC Universal, Inc. are required to answer this action shall be extended toAugust 20, 2010. (sce) (Entered: 07/12/2010) |
| 07/12/2010 | 16 | WAIVER OF SERVICE Returned Executed filed by Plaintiff Done! Ventures LLC. Waiver of Service signed by Michael Dore. (Barrera, Patricio) (Entered: 07/12/2010) |
| 08/20/2010 | 17 | NOTICE OF MOTION AND MOTION to Dismiss Case *And, Alternatively*, MOTION to Transfer Case to Southern District of New York filed by Defendants General Electric Company, IVillage Inc, NBC Universal Inc. Motion set for hearing on 10/12/2010 at 10:00 AM before Judge S. James Otero. (Attachments: # 1 Proposed Order Granting Defendants' Motion to Dismiss, And, Alternatively, To Transfer Venue)(Dore, Michael) (Entered: 08/20/2010) |
| 09/21/2010 | 18 | MEMORANDUM in Opposition to MOTION to Dismiss Case *And, Alternatively* MOTION to Transfer Case to Southern District of New York 17 filed by Plaintiff Done! Ventures LLC. (Attachments: # 1 Appendix of Declarations and Exhibits in Support of Opposition to Defendants' Motion to Dismiss)(Barrera, Patricio) (Entered: 09/21/2010) |
| 09/28/2010 | 19 | REPLY in Support of MOTION to Dismiss Case *And, Alternatively* MOTION to Transfer Case to Southern District of New York 17 *Defendants' Reply in Support of Motion to Dismiss Plaintiff's Complaint, and, Alternatively, to Transfer Venue* filed by Defendants General Electric Company, IVillage Inc, NBC Universal Inc. (Lund, Jessica) (Entered: 09/28/2010) |
| 09/30/2010 | 20 | Objection re: MOTION to Dismiss Case *And, Alternatively* MOTION to Transfer Case to Southern District of New York 17 *Re Defendants' Untimely Reply* filed by Plaintiff Done! Ventures LLC. (Barrera, Patricio) (Entered: 09/30/2010) |
| 10/01/2010 | 21 | RESPONSE filed by Defendants General Electric Company, IVillage Inc, NBC Universal Incto Objection/Opposition (Motion related) 20 *Defendant's Response to Plaintiff's Objection to Defendants' Reply* (Lund, Jessica) (Entered: 10/01/2010) |
| 10/07/2010 | 22 | MINUTES (IN CHAMBERS) By Judge S. James Otero: The parties are advised that MOTION To Dismiss Plaintiffs Complaint, and, Alternatively, To Transfer Venue 17 filed 8–20–10 by Defendants, scheduled for hearing on October 12, 2010,is taken under submission. Accordingly, the hearing date is vacated. Order will issue. (lc) (Entered: 10/07/2010) |
| 11/23/2010 | 23 | NOTICE of Change of Attorney Information for attorney Michael H Dore counsel for Defendants General Electric Company, IVillage Inc, NBC Universal Inc. Michael H Dore will no longer receive service of documents from the Clerks Office for the reason indicated in the G–06 Notice.Michael H Dore is no longer attorney of record for the aforementioned party in this case for the reason indicated in the G–06 Notice. Filed by Defendants General Electric Co.; NBC Universal; iVillage Inc. (Dore, Michael) (Entered: 11/23/2010) |
| 12/17/2010 | 24 | NOTICE of Change of Attorney Information for attorney Patricio T Barrera counsel for Plaintiff Done! Ventures LLC. Ashley A. Davenport will no longer receive service of documents from the Clerks Office for the reason indicated in the G–06 Notice.Ashley A. Davenport is no longer attorney of record for the aforementioned party in this case for the reason indicated in the G–06 Notice. Filed by Plaintiff Done Ventures LLC (Barrera, Patricio) (Entered: 12/17/2010) |

| | | |
|---|---|---|
| 12/22/2010 | 25 | MINUTES OF IN CHAMBERS ORDER by Judge S. James Otero : Scheduling Conference set for 3/7/11 08:30 AM; Rule 26 Meeting Report due by 2/22/11 ; in order to assist counsel, court has included a schedule form for pretrial dates to be completed by counsel and submitted in conjunction with their rule 26(f) report; if case is part of ADR program, counsel must confer and jointly complete ADR Pilot Program Questionnaire and to file it concurrently with the Joint Rule 26(f) report; plaintiff counsel directed to give notice of scheduling conference to all parties. (lc) (Entered: 12/22/2010) |
| 12/29/2010 | 26 | NOTICE OF ORDER RE: SCHEDULING CONFERENCE filed by PLAINTIFF Done! Ventures LLC. (Barrera, Patricio) (Entered: 12/29/2010) |
| 01/21/2011 | 27 | MINUTES (IN CHAMBERS): ORDER DENYING Plaintiff's Ex Parte Application for a Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction 8 and Defendants' Motion to Dismiss Plaintiff's Complaint, and, Alternatively, to Transfer Venue 17 by Judge S. James Otero. For the foregoing reasons, Defendants' Motion to Dismiss Plaintiff's Complaint, and, Alternatively, to Transfer Venue is DENIED. Defendants have until FEBRUARY 22, 2011 to file an Answer. Plaintiff's Ex Parte Application for a Restraining Order is also DENIED. The Court reminds the parties of the MARCH 7, 2011 Scheduling Conference. (sch) (Entered: 01/21/2011) |
| 02/22/2011 | 28 | APPLICATION to Substitute attorney David Aronoff in place of attorney Scott Edelman filed by Defendant General Electric Company. (Attachments: # 1 Proposed Order)(Aronoff, David) (Entered: 02/22/2011) |
| 02/22/2011 | 29 | APPLICATION to Substitute attorney David Aronoff in place of attorney Scott Edelman filed by Defendant NBC Universal Inc. (Attachments: # 1 Proposed Order)(Aronoff, David) (Entered: 02/22/2011) |
| 02/22/2011 | 30 | APPLICATION to Substitute attorney David Aronoff in place of attorney Scott Edelman filed by Defendant IVillage Inc. (Attachments: # 1 Proposed Order)(Aronoff, David) (Entered: 02/22/2011) |
| 02/22/2011 | 31 | ANSWER *to Plaintiff's Complaint* filed by Defendant General Electric Company, IVillage Inc, NBC Universal Inc.(Aronoff, David) (Entered: 02/22/2011) |
| 02/22/2011 | 32 | Pursuant to Rule 26(f) JOINT REPORT filed by Defendants General Electric Company, IVillage Inc, NBC Universal Inc. (Attachments: # 1 Exhibit)(Aronoff, David) (Entered: 02/22/2011) |
| 02/24/2011 | 33 | ORDER by Judge S. James Otero GRANTING Request for Approval of Substitution of Attorney David Aronoff for General Electric Company in place and stead of Scott A Edelman 28 . (jp) (Entered: 02/24/2011) |
| 02/24/2011 | 34 | ORDER by Judge S. James Otero GRANTING Request for Approval of Substitution of Attorney David Aronoff for NBC Universal Inc in place and stead of Scott A Edelman 29 . (jp) (Entered: 02/24/2011) |
| 02/24/2011 | 35 | ORDER by Judge S. James Otero GRANTING Request for Approval of Substitution of Attorney David Aronoff for Ivillage Inc., in place and stead of Scott Edelman 30 . (jp) (Entered: 02/25/2011) |
| 02/24/2011 | 36 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Report 32 . The following error(s) was found: Incorrect event selected. The correct event is: Joint Rule 26(f) discovery plan. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (sch) (Entered: 02/25/2011) |

| | | |
|---|---|---|
| 03/07/2011 | 37 | MINUTES OF Scheduling Conference held before Judge S. James Otero: The Court held a Scheduling Conference, setting the following dates: Last Date to File a Motion or Stipulation to Amend or Add Parties: 4/7/2011; Discovery Cut−off: 9/13/2011; Motion Hearing Cut−off: 10/24/2011 at 10:00 a.m.; Pretrial Conference: 12/5/2011 at 09:00 AM; Jury Trial: 12/13/2011 at 09:00 AM; Settlement Conference: ADR; All discovery disputes are to be brought before the magistrate judge assigned to the case; parties reminded of requirements of FRCP 26−1(a); counsel are advised all pretrial documents (as listed) must be filed in compliance with Court's Initial Standing Order. Court Recorder: Margarita Lopez. (sch) (Entered: 03/07/2011) |
| 03/17/2011 | 38 | NOTICE of Association of Counsel associating attorney Stephen G. Svajian on behalf of Plaintiff Done! Ventures LLC. Filed by Plaintiff Done! Ventures LLC (Strange, Brian) (Entered: 03/17/2011) |
| 03/17/2011 | 39 | REQUEST to Substitute attorney Brian R. Strange in place of attorney Patricio T. D. Barrera filed by Plaintiff Done! Ventures LLC. (Attachments: # 1 Proposed Order)(Strange, Brian) (Entered: 03/17/2011) |
| 03/21/2011 | 40 | ORDER by Judge S. James Otero: granting 39 Request to Substitute Attorney Brian R Strange in place and instead of Patricio T D Barrera. (lc) (Entered: 03/21/2011) |
| 04/01/2011 | 41 | EX PARTE APPLICATION to Continue DEADLINE TO FILE MOTION MOTION TO AMEND THE PLEADINGS OR ADD PARTIES from 4/7/2011 to 5/22/2011 filed by plaintiff Done! Ventures LLC. (Attachments: # 1 Proposed Order GRANTING PLAINTIFFS EX PARTE APPLICATION TO CONTINUE THE DEADLINE TO FILE A MOTION TO AMEND THE COMPLAINT OR ADD PARTIES, # 2 Declaration DECLARATION OF JOHN KRISTENSEN)(Strange, Brian) (Entered: 04/01/2011) |
| 04/04/2011 | 42 | MEMORANDUM in Opposition to EX PARTE APPLICATION to Continue DEADLINE TO FILE MOTION MOTION TO AMEND THE PLEADINGS OR ADD PARTIES from 4/7/2011 to 5/22/2011 41 filed by Defendants General Electric Company, IVillage Inc, NBC Universal Inc. (Aronoff, David) (Entered: 04/04/2011) |
| 04/04/2011 | 43 | DECLARATION of David Aronoff In Opposition to EX PARTE APPLICATION to Continue DEADLINE TO FILE MOTION MOTION TO AMEND THE PLEADINGS OR ADD PARTIES from 4/7/2011 to 5/22/2011 41 filed by Defendants General Electric Company, IVillage Inc, NBC Universal Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Aronoff, David) (Entered: 04/04/2011) |
| 04/05/2011 | 44 | ORDER by Judge S. James Otero: denying 41 plaintiffs Ex Parte Application to Continue deadline to file a motion to amend complaint and add parties. (lc) (Entered: 04/05/2011) |
| 04/07/2011 | 45 | NOTICE OF MOTION AND MOTION for Leave to TO AMEND THE COMPLAINT TO ADD SEDO.COM AS A DEFENDANT filed by PLAINTIFF Done! Ventures LLC. Motion set for hearing on 5/2/2011 at 10:00 AM before Judge S. James Otero. (Attachments: # 1 Proposed Order)(Strange, Brian) Modified on 4/8/2011 (lc). (STRICKEN PER 4/8/11 ORDER) (Entered: 04/07/2011) |
| 04/07/2011 | 46 | NOTICE OF MOTION AND MOTION for Leave to TO AMEND THE COMPLAINT TO ADD SEDO.COM AS A DEFENDANT filed by Plaintiff Done! Ventures LLC. Motion set for hearing on 5/9/2011 at 10:00 AM before Judge S. James Otero. (Attachments: # 1 Proposed Order)(Strange, Brian) Modified on 4/8/2011 (lc). (STRICKEN PER 4/8/11 ORDER) (Entered: 04/07/2011) |
| 04/07/2011 | 47 | EXHIBIT to MOTION for Leave to TO AMEND THE COMPLAINT TO ADD SEDO.COM AS A DEFENDANT 46 *[Proposed] FIRST AMENDED COMPLAINT FOR DAMAGES &DEMAND FOR JURY TRIAL* filed by Plaintiff Done! Ventures LLC. (Strange, Brian) Modified on 4/8/2011 (lc). (STRICKEN PER 4/8/11 ORDER) (Entered: 04/07/2011) |

| | | |
|---|---|---|
| 04/08/2011 | 48 | TRANSCRIPT for proceedings held on 3/07/2011 8:36am. Court Reporter/Electronic Court Recorder: JAMS Certified Transcription, phone number (661) 609–4528. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 4/29/2011. Redacted Transcript Deadline set for 5/9/2011. Release of Transcript Restriction set for 7/7/2011. (ml) (Entered: 04/08/2011) |
| 04/08/2011 | 49 | NOTICE OF FILING TRANSCRIPT filed for proceedings 3/07/2011 8:36am (ml) (Entered: 04/08/2011) |
| 04/08/2011 | 50 | NOTICE OF MOTION re MOTION for Leave to TO AMEND THE COMPLAINT TO ADD SEDO.COM AS A DEFENDANT 46 *Amended Notice of Motion* filed by Plaintiff Done! Ventures LLC. Motion set for hearing on 5/9/2011 at 10:00 AM before Judge S. James Otero. (Strange, Brian) Modified on 4/8/2011 (lc). (STRICKEN PER 4/8/11 ORDER) (Entered: 04/08/2011) |
| 04/08/2011 | 51 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Exhibit to Motion 47 , MOTION for Leave to TO AMEND THE COMPLAINT TO ADD SEDO.COM AS A DEFENDANT 46 , Notice of Motion, 50 . The following error(s) was found: 1 motion docketed twice and calendared for 2 different dates. # 50 attempts to change the hearing to 5/9/11 per the second motion. Re exhibit # 47, missing face page identifying it as an exhibit, PDF is the proposed amended complaint which should have been submitted as a separate attachment. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (lc) (Entered: 04/08/2011) |
| 04/08/2011 | 52 | ORDER by Judge S. James Otero: the following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order: Exhibit to Motion 47 , MOTION for Leave to TO AMEND THE COMPLAINT TO ADD SEDO.COM AS A DEFENDANT 46 , Notice of Motion, 50 , MOTION for Leave to TO AMEND THE COMPLAINT TO ADD SEDO.COM AS A DEFENDANT 45 , for the following reasons: Hearing information incorrect; proposed document not submitted as separate attachment, title page missing. (lc) (Entered: 04/08/2011) |
| 04/08/2011 | 53 | NOTICE OF MOTION AND MOTION for Leave to TO AMEND THE COMPLAINT TO ADD SEDO.COM AS A DEFENDANT filed by TO AMEND THE COMPLAINT TO ADD SEDO.COM AS A DEFENDANT Done! Ventures LLC. Motion set for hearing on 5/9/2011 at 10:00 AM before Judge S. James Otero. (Attachments: # 1 Proposed Order)(Strange, Brian) (Entered: 04/08/2011) |
| 04/08/2011 | 54 | NOTICE OF LODGING filed *[PROPOSED] FIRST AMENDED COMPLAINT* re MOTION for Leave to TO AMEND THE COMPLAINT TO ADD SEDO.COM AS A DEFENDANT 53 (Attachments: # 1 Proposed First Amended Complaint)(Strange, Brian) (Entered: 04/08/2011) |
| 04/15/2011 | 55 | Joint STIPULATION for Order ALLOWING PLAINTIFF TO FILE ITS FIRST AMENDED COMPLAINT filed by PLAINTIFF Done! Ventures LLC. (Attachments: # 1 Proposed Order)(Strange, Brian) (Entered: 04/15/2011) |
| 04/15/2011 | 56 | NOTICE OF LODGING filed *[Proposed] FIRST AMENDED COMPLAINT* re Stipulation for Order 55 (Attachments: # 1 [Proposed] FIRST AMENDED COMPLAINT)(Strange, Brian) (Entered: 04/15/2011) |
| 04/19/2011 | 57 | ORDER DENYING Joint Stipulation Allowing Plaintiff to File Its First Amended Complaint 55 by Judge S. James Otero. DENIED by Order of the Court. (sch) Modified on 4/20/2011 (sch). (Entered: 04/20/2011) |

| | | |
|---|---|---|
| 04/25/2011 | 58 | NOTICE OF NON–OPPOSITION to MOTION for Leave to TO AMEND THE COMPLAINT TO ADD SEDO.COM AS A DEFENDANT 53 filed by Defendants General Electric Company, IVillage Inc, NBC Universal Inc. (Aronoff, David) (Entered: 04/25/2011) |
| 05/02/2011 | 59 | First STIPULATION for Protective Order filed by Defendants Done! Ventures LLC, General Electric Company, IVillage Inc, NBC Universal Inc. (Attachments: #1 Proposed Order)(Aronoff, David) (Entered: 05/02/2011) |
| 05/05/2011 | 60 | ORDER by Judge S. James Otero: granting 53 Motion for Leave to amended complaint to add Sedo.com as a defendant. (lc) (Entered: 05/05/2011) |
| 05/06/2011 | 61 | NOTICE of Manual Filing filed by Plaintiff Done! Ventures LLC of First Amended Complaint for Damages and Demand for Jury Trial and First Amended Summons. (Strange, Brian) (Entered: 05/06/2011) |
| 05/06/2011 | 62 | FIRST AMENDED COMPLAINT against defendants General Electric Company, IVillage Inc, NBC Universal Inc, Sedo.com. LLC, Does 2–10, amending complaint within Notice of Removal 1 Jury Demand,filed by plaintiff Done! Ventures LLC (lc) (Additional attachment(s) added on 5/10/2011: #1 issued summons) (lc). (Entered: 05/06/2011) |
| 05/06/2011 | | 21 DAY Summons Issued re Amended Complaint 62 as to defendants Does, General Electric Company, IVillage Inc, NBC Universal Inc, Sedo.com. LLC. (lc) (Entered: 05/06/2011) |
| 05/20/2011 | 63 | ANSWER to Amended Complaint, 62 filed by Defendants General Electric Company, IVillage Inc, NBC Universal Inc.(Aronoff, David) (Entered: 05/20/2011) |
| 05/25/2011 | 64 | PROTECTIVE ORDER by Magistrate Judge Jacqueline Chooljian re Stipulation for Protective Order 59 . See order for details. (hr) (Entered: 05/25/2011) |
| 06/03/2011 | 65 | PROOF OF SERVICE Executed by Plaintiff Done! Ventures LLC, upon Defendant Service of the Summons and Complaint were executed upon Ulrich Essman, Agent for Service in compliance with statute not specified by service on a domestic corporation, unincorporated association, or public entity. Original Summons returned. (Carpenter, Gretchen) (Entered: 06/03/2011) |
| 06/06/2011 | 66 | NOTICE OF MOTION AND First MOTION to Dismiss for Lack of Jurisdiction *under Rule 12(b)* filed by defendant Sedo.com. LLC. Motion set for hearing on 7/11/2011 at 10:00 AM before Judge S. James Otero. (Attachments: #1 Declaration, #2 Exhibit, #3 Exhibit, #4 Exhibit, #5 Exhibit, #6 Exhibit, #7 Exhibit, #8 Exhibit, #9 Proposed Order, #10 Declaration, #11 Declaration, #12 Declaration)(Eddy, Michael) (Entered: 06/06/2011) |
| 06/07/2011 | 67 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: First MOTION to Dismiss for Lack of Jurisdiction 66 . The following error(s) was found: Local Rule 7.1–1 No Certification of Interested Parties. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (lc) (Entered: 06/07/2011) |
| 06/20/2011 | 68 | OPPOSITION re: First MOTION to Dismiss for Lack of Jurisdiction *under Rule 12(b)*First MOTION to Dismiss for Lack of Jurisdiction *under Rule 12(b)* 66 filed by Plaintiff Done! Ventures LLC. (Attachments: #1 Declaration OF JOHN P. KRISTENSEN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT SEDO.COM, LLC'S MOTION TO DISMISS, #2 Declaration OF BENJAMIN PADNOS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT SEDO.COM, LLC'S MOTION TO DISMISS)(Strange, Brian) (Entered: 06/20/2011) |
| 06/27/2011 | 69 | NOTICE OF MOTION AND First MOTION to Dismiss for Lack of Jurisdiction *Memorandum of* |

| | | |
|---|---|---|
| | | *Points and Authorities In Reply to Plaintiff's Opposition To Defendant Sedo.com, LLC's Motion To Dismiss First Amended Complaint* filed by defendant Sedo.com. LLC. Motion set for hearing on 7/11/2011 at 10:00 AM before Judge S. James Otero. (Attachments: # 1 Declaration Proof of Service)(Eddy, Michael) (Entered: 06/27/2011) |
| 06/28/2011 | 70 | MEMORANDUM in Support of First MOTION to Dismiss for Lack of Jurisdiction *under Rule 12(b)*First MOTION to Dismiss for Lack of Jurisdiction *under Rule 12(b)* 66 filed by Defendant Sedo.com. LLC. (Attachments: # 1 Declaration Proof of Service)(Eddy, Michael) (Entered: 06/28/2011) |
| 06/28/2011 | 71 | MINUTES (IN CHAMBERS) by Judge S. James Otero: The parties are advised that MOTION to Dismiss for Lack of Jurisdiction under Rule 12(b) filed bydefendant Sedo.com. LLC. 66 , scheduled for hearing on July 11, 2011, is taken undersubmission. Accordingly, the hearing date is vacated. Order will issue. (lc) (Entered: 06/28/2011) |
| 06/28/2011 | 72 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: First MOTION to Dismiss for Lack of Jurisdiction *Memorandum of Points and Authorities In Reply to Plaintiff's Opposition To Defendant Sedo.com, LLC's Motion To Dismiss First Amended Complaint* 69 . The following error(s) was found: Incorrect event selected which created erroneous hearing on Judges calendar. The correct event is: memorandum in support. NOTE: Clerk has TERMED THIS ERRONEOUS HEARING. The Pending Operative Motion to remand remains as # 66.In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (lc) (Entered: 06/28/2011) |
| 07/01/2011 | 73 | Joint STIPULATION for Protective Order filed by Defendants Done! Ventures LLC, General Electric Company, IVillage Inc, NBC Universal Inc, Sedo.com. LLC.(Aronoff, David) (Entered: 07/01/2011) |
| 07/05/2011 | 74 | NOTICE OF MOTION AND Renewed MOTION to Transfer Case to Southern District of New York, or in the alternative, District of Masschusetts filed by Defendants General Electric Company, IVillage Inc, NBC Universal Inc. Motion set for hearing on 8/8/2011 at 10:00 AM before Judge S. James Otero. (Aronoff, David) (Entered: 07/05/2011) |
| 07/05/2011 | 75 | DECLARATION of David Aronoff In Support of Renewed MOTION to Transfer Case to Southern District of New York, or in the alternative, District of Masschusetts 74 filed by Defendants General Electric Company, IVillage Inc, NBC Universal Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Aronoff, David) (Entered: 07/05/2011) |
| 07/18/2011 | 76 | Opposition re: Renewed MOTION to Transfer Case to Southern District of New York, or in the alternative, District of Masschusetts 74 filed by Plaintiff Done! Ventures LLC. (Attachments: # 1 Declaration of John Kristensen in support of Opposition, # 2 Declaration of Benjamin Padnos in support of Opposition, # 3 Declaration of Alan Hack in support of Opposition)(Carpenter, Gretchen) (Entered: 07/18/2011) |
| 07/25/2011 | 77 | REPLY In Support of Renewed MOTION to Transfer Case to Southern District of New York, or in the alternative, District of Masschusetts 74 *In Light of Addition of Sedo.com As A Defendant* filed by Defendants General Electric Company, IVillage Inc, NBC Universal Inc. (Aronoff, David) (Entered: 07/25/2011) |
| 07/27/2011 | 78 | NOTICE OF MOTION AND MOTION to Compel Supplemental Disclosures and Production of Documents filed by Defendants General Electric Company, IVillage Inc, NBC Universal Inc. Motion set for hearing on 8/23/2011 at 09:30 AM before Magistrate Judge Jacqueline Chooljian. (Aronoff, David) (Entered: 07/27/2011) |
| 07/27/2011 | 79 | |

| | | |
|---|---|---|
| | | JOINT STIPULATION to MOTION to Compel Supplemental Disclosures and Production of Documents 78 filed by Defendants General Electric Company, IVillage Inc, NBC Universal Inc. (Aronoff, David) (Entered: 07/27/2011) |
| 07/27/2011 | 80 | DECLARATION of David Aronoff In Support of MOTION to Compel Supplemental Disclosures and Production of Documents 78 filed by Defendants General Electric Company, IVillage Inc, NBC Universal Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U)(Aronoff, David) (Entered: 07/27/2011) |
| 07/27/2011 | 81 | NOTICE of Manual Filing filed by Defendants General Electric Company, IVillage Inc, NBC Universal Inc of Plaintiff's Application to File Declaration of John P. Kristensen ISO Plaintiff's Opposition to Motion to Compel; [Proposed] Order re Plaintiff's Application to File Under Seal; Declaration of John P. Kristensen ISO Plaintiff's Opposition to Motion to Compel. (Aronoff, David) (Entered: 07/27/2011) |
| 07/27/2011 | 82 | APPLICATION to File Declaration of John P. Kristensen in Support of Plaintiff's Opposition to NBC Defendants' Motion to Compel Under Seal filed by plaintiff Done! Ventures LLC. Motion set for hearing on 8/23/2011 at 09:30 AM before Magistrate Judge Jacqueline Chooljian. Lodged Proposed Order. (hr) (Entered: 07/28/2011) |
| 07/29/2011 | 83 | ORDER by Magistrate Judge Jacqueline Chooljian: granting 82 Plaintiff's Application to Seal the Declaration of John P. Kristensen in Support of Opposition. See order for details. (hr) (Entered: 07/29/2011) |
| 07/29/2011 | 84 | SEALED DOCUMENT– Declaration of John P. Kristensen in Support of Plaintiff's Opposition to NBC Defendants' Motion to Compel Filed Under Seal Pursuant to Application to File Under Seal.(mat) (Entered: 08/02/2011) |
| 08/03/2011 | 85 | NOTICE of Manual Filing filed by Plaintiff Done! Ventures LLC of PLAINTIFF'S APPLICATION TO FILE DECLARATION OF JOHN P. KRISTENSEN IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION TO COMPEL THE DEPOSITION OF NBC WITNESS JEFFREY ZUCKER PRIOR TO THE DISCOVERY CUTOFF DATE &EX PARTE APPLICATION UNDER SEAL; [PROPOSED] ORDER; DECLARATION OF JOHN P. KRISTENSEN IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION TO COMPEL THE DEPOSITION OF NBC WITNESS JEFFREY ZUCKER PRIOR TO THE DISCOVERY CUTOFF DATE &EX PARTE APPLICATION UNDER SEAL; PLAINTIFF'S EX PARTE APPLICATION TO COMPEL THE DEPOSITION OF NBC WITNESS JEFFREY ZUCKER PRIOR TO THE DISCOVERY CUTOFF DATE. (Kristensen, John) (Entered: 08/03/2011) |
| 08/03/2011 | 86 | MINUTES: The parties are advised that MOTION To Transfer Venue in Light of Addition of Sedo.com as a Defendant 74 , scheduled for hearing on August 8, 2011, is taken under submission. Accordingly, the hearing date is vacated. Order will issue by Judge S. James Otero. (ir) (Entered: 08/03/2011) |
| 08/03/2011 | 87 | APPLICATION to File Declaration of John P. Kristensen in Support of Ex Parte Application and Ex Parte Application to Compel the Deposition of NBC Witness Jeffrey Zucker Prior to the Eve of the Discovery Cutoff Date Under Seal filed by plaintiff Done! Ventures LLC. Lodged Proposed Order. (hr) (Entered: 08/04/2011) |
| 08/04/2011 | 88 | MEMORANDUM in Opposition to APPLICATION to Seal 87 *Plaintiff's Ex Parte Application to Compel the Deposition of Jeff Zucker* filed by Defendants General Electric Company, IVillage Inc, NBC Universal Inc. (Aronoff, David) (Entered: 08/04/2011) |
| 08/04/2011 | 89 | |

| | | |
|---|---|---|
| | | DECLARATION of Hilary Lane In Opposition to APPLICATION to Seal 87 *Ex Parte Application to Compel Deposition of Jeffrey Zucker* filed by Defendants General Electric Company, IVillage Inc, NBC Universal Inc. (Aronoff, David) (Entered: 08/04/2011) |
| 08/04/2011 | ï 90 | DECLARATION of David Aronoff In Opposition to APPLICATION to Seal 87 *Ex Parte Application to Compel the Deposition of Jeff Zucker* filed by Defendants General Electric Company, IVillage Inc, NBC Universal Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L)(Aronoff, David) (Entered: 08/04/2011) |
| 08/04/2011 | ï 91 | ORDER by Magistrate Judge Jacqueline Chooljian: granting 87 Plaintiff's Ex Parte Application to File Declaration of John P. Kristensen in Support of Ex Parte Application and Ex Parte Application to Compel the Deposition of NBC Witness Jeffrey Zucker Prior to the Discovery Cutoff Date Under Seal. See order for details. (hr) (Entered: 08/04/2011) |
| 08/05/2011 | ï 93 | MINUTES (IN CHAMBERS) by Judge S. James Otero: ORDER TRANSFERRING Defendant's Motion to Massachusetts 66 ; and GRANTING NBC Defendants Motion to Transfer 74 . (See attached Minute Order for further details). (MD JS−6. Case Terminated.) (Attachments: # 1 CV−22 Transmittal Letter − Civil Case Transfer Out) (jp) (Entered: 08/08/2011) |
| 08/08/2011 | ï 92 | NOTICE of Settlement *NOTICE OF TENTATIVE SETTLEMENT* filed by PLAINTIFF Done! Ventures LLC. (Kristensen, John) (Entered: 08/08/2011) |