UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONE! VENTURES LLC.,
   Plaintiff.

V             CA 11-11423-JLT

GENERAL ELECTRIC CO.,
ET AL
   Defendants.

## SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

   The court having been advised on September 21, 2011 by counsell for the parties that the above action has been settled:

   IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to re-open the action within 30 days of this order, if settlement is not consummated.

                                        Zita Lovett

                                   /s/ Zita Lovett
                                        Courtroom Clerk

Date: October 4, 2011